IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARYLAND CASUALTY COMPANY, et al., | : | CIVIL ACTION |
| Plaintiffs, | : | NO. 12-6129 |
| v. | : | |
| COMBINED INSURANCE GROUP, LTD., | : | |
| Defendant. | : | |

## **ORDER**

AND NOW, this 26th day of February, 2014, upon the representations made to this court by counsel, it is hereby ORDERED that the above-captioned action is DISMISSED WITH PREJUDICE AND WITHOUT COSTS, pursuant to Local Rule 41.1(b).

BY THE COURT:

/s/ C. Darnell Jones, II
_____
C. DARNELL JONES, II    J.